# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WALID ESMAT MITWALLI,

        Appellant

        v.

PA DEPARTMENT OF CORRECTIONS,
JOHN E. WETZEL, SECRETARY, DOC
CENTRAL OFFICE BUSINESS
MANAGER, ET AL.,

        Appellees

:   No. 108 MAP 2022
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 5th day of January, 2023, as Appellant's Question Presented for Review addresses only one of the several distinct reasons set forth in the Commonwealth Court's Memorandum and Order for denying relief, the notice of appeal is quashed. *Cf.* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the statement, or fairly comprised therein[,] will ordinarily be considered by the Court.").